RALPH J. MARRA, JR.
Acting United States Attorney
Newark, New Jersey

Sixtina Fernandez
Special Assistant U.S. Attorney
c/o Social Security Administration
Office of the General Counsel
26 Federal Plaza, Room 3904
New York, NY 10278
(212) 264-3650, Ext. 229
Fax: (212) 264-6372
sixtina.fernandez@ssa.gov
sf3547

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

------------------------------------------------------- x
KAREN CAPATO
o/b/o B.N.C.
K.N.C.,

               Plaintiff(s),      :      **Hon. Dennis M. Cavanaugh**

        v.                       :      **Civil Action No. 08 5405**

MICHAEL ASTRUE
Commissioner of Social Security,

               Defendant.
------------------------------------------------------- x

    This matter having been opened to the Court by RALPH J. MARRA, JR., Acting United States Attorney for the District of New Jersey, and Sixtina Fernandez, Special Assistant United States Attorney, attorneys for Defendant, for an Order Extending the Time to Answer, Move or Otherwise Respond; and Plaintiff, through the undersigned attorney, having consented to the within order, and the Court having considered the matter,

IT IS on this 31 day of March, 2009

03/27/2009  05:53   9734674333                    KUTTNER LAW                              PAGE  03/03
MAR-27-2009  10:34        SSA OGC REGION II                              212 264 6372      P.03/03

ORDERED that Defendant will file her answer or otherwise move by May 14, 2009.

                                          Hon. Dennis M. Cavanaugh
                                          United States District Court Judge

The undersigned hereby consent to the form and entry of the within order.

                                          RALPH J. MARRA, JR.
                                          Acting United States Attorney

By:                                 
                                          Sixtina Fernandez
                                          Special Assistant U.S. Attorney

                                          KUTTNER LAW OFFICES
                                          24 Lackawanna Plaza
                                          Millburn, NJ 07041

By:
                                          Bernard A. Kuttner
                                          Attorney for Plaintiff

TOTAL P.03
MAR-27-2009  12:06              9734674333                  97%              P.03