```
                                                             CLOSED

                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |  |
|---|---|---|
| KAREN CAPUTO | : | Case  2:8cv5405(DMC) |
| v. | : |  |
| COMMISSIONER OF SOCIAL SECURITY | : | O R D E R |
|  | : |  |

It appearing that proceedings in the above matter have been stayed pending the disposition of hearings before the United States Supreme Court,

It is on this 30th    day of September 2011,

O R D E R E D that the Clerk administratively terminate the action in his records without prejudice to the right of the parties to reopen the proceedings for good cause shown for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

```
                            S/DENNIS M. CAVANAUGH
                              DENNIS M. CAVANAUGH
                           United States District Judge
```